COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Hassan Chahadeh v. Regions Bank

Appellate case number:   01-15-00656-CV

Trial court case number: 2012-67412A

Trial court:             270th District Court of Harris County

The clerk's record filed in this appeal does not contain a copy of an Amended Severance Order. The Court directs the Harris County District Clerk to supplement the appellate record with the following exhibit:

1. Order on Region's Bank's Motion for Severance (Image No. 66208881).

We must review the trial court's ruling based upon the materials before it at the time of its ruling. *See Roventini v. Ocular Sciences, Inc*., 111 S.W.3d 719, 726 (Tex. App.—Houston [1st Dist.] 2003, no pet.); TEX. R. APP. P. 34.5 ("If the clerk's record is defective . . . , the appellate clerk must inform the trial court clerk of the defect . . . and instruct the clerk to make the correction."). We require a copy of this document in order to do so. A sample version is attached for reference.

Accordingly, the Harris County District Clerk is **ordered** to file a supplemental clerk's record containing a fully legible copy of the trial court's Amended Severance (District Clerk Image No. 66208881), **no later than 10 days from the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 5, 2017